**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS BARTON and LEON ABDULLAH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNIVERSITY OF PHOENIX, INC.,<br><br>Defendant. | Case No.: 3:15-cv-00939-VC<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41(a)(1)(A)(ii)**<br><br>Hon. Vince Chhabria<br><br>Action Filed:   February 28, 2015 |

Pursuant to the Stipulation of the parties dated July 13, 2015, and for good cause showing,

IT IS HEREBY ORDERED that Plaintiffs Thomas Barton and Leon Abdullah's Complaint is dismissed as follows:

1. As to plaintiffs Thomas Barton and Leon Abdullah, individually, with prejudice;

2. As to the putative class, without prejudice;

3. Each party to pay their own attorney's fees and costs.

Dated: July 16, 2015                    _____
                                        Honorable Vince Chhabria
                                        United States District Court